# EXHIBIT A:
## STIPULATED FACTS

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant to this case, defendant **MATTHEW MULLOCK** was a resident of Germantown, Maryland. Between 2005 and 2009, Special Agents of the Department of Homeland Security's Bureau of Immigration and Customs Enforcement conducted a national investigation of individuals who purchased memberships to websites that advertised and offered access to images of children engaged in sexually explicit conduct. Agents viewed a purchase made by **MULLOCK** through an email transaction in which the Defendant provided his billing address and used his credit card to purchase for $79.99 a 30-day subscription to a restricted website which provided access to images depicting children being sexually abused. Credit card and bank information confirmed **MULLOCK** as the purchaser.

During his 30-day membership, **MULLOCK** accessed the child pornography website at least eleven times and accessed and viewed the following files, among others:

* Asia327.jpg, which depicts an adult male engaged in vaginal intercourse with a pubescent female whose legs are bound together with duct tape at the ankle and hip;

* Asia039.jpg, which depicts a nude pubescent female performing oral sex upon an adult male; and

* Asia11.jpg, which depicts an adult male engaging in vaginal intercourse with a pubescent female.

On December 28, 2006, **MULLOCK** did knowingly receive a file titled BabyJ 12-Helga Young-3Yo Gets Raped, Hymen Visibly Penetrated-Best Illegal Coitus Penetration By Flashlight.avi, which is a video that depicts an adult male penetrating a pubescent child.

Following the expiration of his 30-day subscription, **MULLOCK**, via email, attempted to purchase an additional 30-day subscription but cancelled the purchase when he realized it was for the same child pornography website that offered the same material he had previously viewed.

On April 8, 2009, agents executed a federal search warrant at **MULLOCK**'s residence. During the search, agents interviewed **MULLOCK**, who advised that he purchased access to the website that contained depictions of child pornography. Agents also seized digital media, including a personal computer located in **MULLOCK**'s room.

1

Forensic analysis of **MULLOCK**'s computer revealed over 4,000 images and 350 videos depicting children engaged in sexually explicit conduct.

Pursuant to identification by the National Center for Missing and Exploited Children, several images were identified as depicting known victims and therefore depict actual minors engaged in sexually explicit conduct. These victims did not reside in nor were the images produced in Maryland; the images therefore traveled in interstate and foreign commerce.

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it.

2/11/11
Date

Matthew Mullock

I am Matthew Mullock's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is a voluntary one.

2/11/11
Date

David Felsen, Esquire